SCOTT N. SCHOOLS (SC SBN 9990)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone: 408-535-5082
   claire.cormier@usdoj.gov

Attorneys for Defendant

*E-FILED - 7/12/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS F. CARLSON, ) | No. C-06-01578 RMW |
| ) | |
| Plaintiff, ) | STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. ) | |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

   On or about June 26, 2007, this Court issued an order scheduling a case management conference for July 13, 2007, with a case management statement due on July 6, 2007. Counsel for defendant was on vacation at the time, and returned on July 9, 2007. Counsel for defendant has informed plaintiff that she is scheduled to appear before the Ninth Circuit Court of Appeals on July 13, 2007. Accordingly, the parties hereby STIPULATE AND REQUEST that the case management conference be continued to July 27, 2007 at 10:30 a.m., and that the joint case management statement be due on July 20, 2007.

Respectfully submitted,

DATED: July 9, 2007                      SCOTT N. SCHOOLS
                                            United States Attorney

                                          _____/s/_____
                                          CLAIRE T. CORMIER
                                          Assistant United States Attorney

1  Dated: July 9, 2007                                     *[signature]*
2
3                                                          DOUGLAS F. CARLSON
                                                           Plaintiff

**[] ORDER**

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

Dated: July 12, 2007

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge