|   |   |
|---|---|
| 1 | DOUGLAS F. CARLSON |
| 2 | PO Box 191711 |
| 3 | San Francisco CA 94119-1711 |
| 4 | (415) 956-9567 |
| 5 | *doug.carlson@sbcglobal.net* |
| 6 | Plaintiff |
| 7 | *Pro se* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 7/25/07*

| DOUGLAS F. CARLSON | ) | Civil Action, |
| Plaintiff | ) | File No. 06-01578 RMW |
|  | ) |  |
| v. | ) | STIPULATION AND ORDER |
|  | ) | TO CONDUCT CASE |
| UNITED STATES POSTAL SERVICE | ) | MANAGEMENT CONFERENCE |
| Defendant | ) | BY TELEPHONE; |
|  | ) | [PROPOSED] ORDER |
|  | ) |  |
|  | ) | Date: July 27, 2007 |
|  | ) | Time: 10:30 AM |
|  | ) | Place: Courtroom 6 |

This case is set for an initial case-management conference on July 27, 2007, at 10:30 AM in Courtroom 6. Pursuant to Civil Local Rule 16-10(a), plaintiff requests that the court permit plaintiff to participate in the case-management conference by telephone.

First, plaintiff has pre-existing travel plans for the afternoon of July 27, 2007, and a requirement to appear in person in San Jose might disrupt those travel plans.

Second, plaintiff lives and works in San Francisco and is proceeding *pro se*. While plaintiff does not assert that a personal appearance would constitute an undue hardship, plaintiff would need to leave his office at the University of California, San Francisco, for several hours to appear personally in court. Plaintiff submits that a

1  telephone conference would be in the best interests of him and his public-sector
2  employer.
3        Defendant does not oppose this request.

6  Dated: July 18, 2007

7  DOUGLAS F. CARLSON
8  Plaintiff

11  SCOTT N. SCHOOLS
12  United States Attorney

16  Dated: July 19, 2007

17  CLAIRE CORMIER
18  Assistant United States Attorney

23  **ORDER**

24  PURSUANT TO STIPULATION, THE COURT ORDERS THAT PLAINTIFF MAY
25  PARTICIPATE IN THE CASE-MANAGEMENT CONFERENCE BY TELEPHONE.
26  PLAINTIFF WILL BE AVAILABLE AT (415) 476-4527 OR (415) 476-8280.

27  Dated: 7/25/07

28  RONALD M. WHYTE
29  United States District Judge