**United States District Court**
**For the Northern District of California**

*E-Filed on*   9/19/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS F. CARLSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. C-06-01578 RMW<br><br>ORDER DEEMING MOTION SUBMITTED ON THE PAPERS<br><br>**[Re Docket No. 29]** |

Plaintiff Douglas F. Carlson moves for leave to supplement his complaint. The court deems the motion appropriate for submission on the papers. *See* Civ. L.R. 7-1(b). Accordingly, the hearing currently set for September 21, 2007 is vacated. No appearance is necessary; no hearing will be held.

DATED:   9/19/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DEEMING MOTION SUBMITTED ON THE PAPERS—No. C-06-01578 RMW
TSF

| | |
|---|---|
| 1 | **A copy of this order was mailed on**     **9/19/07**     **to:** |
| 2 | **Plaintiff (pro se):** |
| 3 | Douglas F. Carlson |
| | Post Office Box 191711 |
| 4 | San Francisco, CA 94119-1711 |
| 5 | **Counsel for Defendant:** |
| 6 | Claire T. Cormier      claire.cormier@usdoj.gov |
| | James A. Scharf      james.scharf@usdoj.gov |
| 7 | Joann M. Swanson      joann.swanson@usdoj.gov |
| 8 | Counsel are responsible for distributing copies of this order to co-counsel, as necessary. |