*E-Filed on   11/6/2007*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS F. CARLSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. C-06-01578 RMW<br><br>ORDER GRANTING CARLSON'S MOTION TO SUPPLEMENT COMPLAINT<br><br>**[Re Docket No. 32.5]** |

Plaintiff Douglas F. Carlson moves for leave to file a supplemental complaint against defendant, United States Postal Service, pursuant to Fed. R. Civ. P. 15(d).  The court has read the moving and responding papers and  considered arguments of counsel presented at a hearing on November 2, 2007.  Carlson has demonstrated a relationship between his original claims and the supplemental pleading, and the Postal Service has not demonstrated any prejudice. *See Keith v. Volpe*, 858 F.2d 467, 473-75 (9th Cir. 1988). Accordingly, the court GRANTS Carlson's motion for leave to supplement his complaint. The Postal Service has thirty (30) days to answer.

DATED:      11/5/2007

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER GRANTING CARLSON'S MOTION TO SUPPLEMENT COMPLAINT—No. C-06-01578 RMW
ST / TSF

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Defendant:**

3  Claire T. Cormierclaire.cormier@usdoj.gov
   James A. Scharfjames.scharf@usdoj.gov
4  Joann M. Swansonjoann.swanson@usdoj.gov

5  **Notice of this document has been sent to:**

6  **Plaintiff:**

7  Douglas F. Carlson, Pro Se
   Post Office Box 191711
8  San Francisco, CA 94119-1711

9  Douglas F. Carlson, Pro Se
   P.O. Box 7868
10 Santa Cruz, CA 95061-7868

11 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

12

13 **Dated:**11/6/07____TSF_____
**Chambers of Judge Whyte**