SCOTT N. SCHOOLS (SC SBN 9990)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone: 408-535-5082
   claire.cormier@usdoj.gov

***E-FILED 11/8/07***

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS F. CARLSON, ) | No. C-06-01578 RMW |
|     Plaintiff, ) | [~~PROPOSED~~] CASE MANAGEMENT ORDER |
| v. ) | |
| UNITED STATES POSTAL SERVICE, ) | |
|     Defendant. ) | |

    On November 2, 2007, plaintiff Douglas Carlson and counsel for defendant United States Postal Service appeared for a case management conference. It is hereby ordered as follows:

    1.    Plaintiff will file and serve his supplemental complaint by November 9, 2007. Defendant shall have 30 days to answer, move, or otherwise respond to the supplemental complaint.

    2.    The case is referred to the court-sponsored mediation program. The mediation shall take place prior to the next case management conference.

    3.    In the event the case does not settle at the mediation, a further case management conference is scheduled for Friday, February 15, 2008 at 10:30 a.m., at which time it is likely that a schedule will be set for dispositive motions.

//

Approved as to form:

DATED: November 5, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/

_____
CLAIRE T. CORMIER
Assistant United States Attorney


/electronic signature authorized/

Dated: November 5, 2007

_____
DOUGLAS F. CARLSON
Plaintiff

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: November __8th__, 2007

/s/ Ronald M. Whyte
_____
Ronald M. Whyte
United States District Court Judge