SCOTT N. SCHOOLS (SC SBN 9990)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone: 408-535-5082
   claire.cormier@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 1/18/08*

# SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS F. CARLSON, | No. C-06-01578 RMW |
| Plaintiff, | STIPULATION AND [xxxxxxxxxxxxx] ORDER EXTENDING DEADLINE TO RESPOND TO SUPPLEMENTAL COMPLAINT |
| v. | |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

On November 6, 2007, this Court filed its order granting plaintiff's motion for leave to file a supplemental complaint, and ordered defendant to answer within 30 days. Accordingly, defendant's answer or other response to the supplemental complaint would be due on December 6, 2007. Defendant has requested and plaintiff has agreed to a two week extension for the response to the supplemental complaint.

Therefore, IT IS HEREBY STIPULATED by and between the parties to this action that defendant may have until December 20 to answer, move, or otherwise respond to plaintiff's supplemental complaint.

                                            Respectfully submitted,

DATED: December 6, 2007              SCOTT N. SCHOOLS
                                            United States Attorney

                                            /s/ Claire T. Cormier
                                            CLAIRE T. CORMIER
                                            Assistant United States Attorney

|   |   |
|---|---|
| Dated: December 6, 2007 | /s/ Douglas F. Carlson<br>(Electronic signature authorized)<br>_____<br>DOUGLAS F. CARLSON<br>Plaintiff |

~~xxxxxxxxxxxxxxx~~ **ORDER**

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

Dated: ~~xxxxxxxxxx~~ January ~~18~~ 8, 200~~x~~

_Ronald M. Whyte_
_____
Ronald M. Whyte
United States District Court Judge