JOSEPH P. RUSSONIELLO (SA SBN 44332)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone: 408-535-5082
   claire.cormier@usdoj.gov

Attorneys for Defendant

*E-FILED - 2/12/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS F. CARLSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. C-06-01578 RMW<br><br>**STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    This case is scheduled for a further case management conference on February 15, 2008. The parties had previously been ordered to participate in mediation prior to the further case management conference. On February 4, 2008, the parties participated in mediation. While the parties acknowledge that it is unlikely that further settlement discussions will resolve all issues in the case, they are hopeful that follow up discussions on issues raised at the mediation may result in the resolution of some claims or narrowing of issues. The parties have scheduled a follow up telephone conference with the mediator on February 28, 2008.

    Accordingly, in order to allow for an opportunity for further settlement discussions, the parties hereby STIPULATE AND REQUEST that the case management conference be continued to March 14, 2008 at 10:30 a.m., and that the joint case management statement be due on March 7, 2008.

//

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| DATED: February 6, 2008 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |

/s/ Claire T. Cormier

_____
CLAIRE T. CORMIER
Assistant United States Attorney


DATED: February 6, 2008        /s/ electronic signature authorized
_____
DOUGLAS F. CARLSON
Plaintiff

[xxxxxxxxxxxx] **ORDER**

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

Dated: February 12, 2008        *Ronald M. Whyte*
_____
Ronald M. Whyte
United States District Court Judge