JOSEPH P. RUSSONIELLO (SA SBN 44332)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone: 408-535-5082
   claire.cormier@usdoj.gov

Attorneys for Defendant

*E-FILED - 2/14/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS F. CARLSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. C-06-01578 RMW<br><br>**STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This case was scheduled for a further case management conference on February 15, 2008. Due to potential progress made in mediation, the parties previously requested that the conference be continued to March 7, 2008. In response, the Court continued the conference to March 14, 2008. Defendant's counsel has advised plaintiff that she is unavailable on March 14, 2008 due to a previously scheduled motion hearing in District Court in San Francisco.

Accordingly, the parties hereby STIPULATE AND REQUEST that the case management conference be continued to March 21, 2008 at 10:30 a.m., and that the joint case management statement be due on March 14, 2008.

//

//

//

|     |     |     |
|-----|-----|-----|
| 1   |     | Respectfully submitted, |
| 2   | DATED: February 12, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3   |     |     |
| 4   |     | /s/ Claire T. Cormier |
| 5   |     | _____<br>CLAIRE T. CORMIER<br>Assistant United States Attorney |

/s/ electronic signature authorized[1]

DATED: February 12, 2008

_____
DOUGLAS F. CARLSON
Plaintiff

**[xxxxxxxxxxxx] ORDER**

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

Dated: February 14 , 2008

*Ronald M. Whyte*
_____
Ronald M. Whyte
United States District Court Judge

---

[1] I, Claire T. Cormier, attest that plaintiff Douglas Carlson authorized me to electronically sign this document on his behalf.