DOUGLAS F. CARLSON
PO Box 191711
San Francisco CA 94119-1711
(415) 956-9567
*doug.carlson@sbcglobal.net*
Plaintiff
*Pro se*

*E-FILED - 3/13/08*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS F. CARLSON ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE ) <br> Defendant ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action, <br> File No. 06-01578 RMW <br><br> STIPULATION AND ORDER <br> TO CONDUCT CASE <br> MANAGEMENT CONFERENCE <br> BY TELEPHONE; <br> [xxxxxxxxxxxx] ORDER <br><br> Date: March 21, 2008 <br> Time: 10:30 AM <br> Place: Courtroom 6 |

This case is set for an initial case-management conference on March 21, 2008, at 10:30 AM in Courtroom 6. Pursuant to Civil Local Rule 16-10(a), plaintiff requests that the court permit plaintiff to participate in the case-management conference by telephone.

Plaintiff lives and works in San Francisco and is proceeding *pro se*. While plaintiff does not assert that a personal appearance would constitute an undue hardship, plaintiff would need to leave his office at the University of California, San Francisco, for several hours to appear personally in court. Plaintiff submits that a telephone conference would be in the best interests of him and his public-sector employer.

Defendant does not oppose this request.

| | |
|---|---|
| Dated: March 10, 2008 | *Douglas F Carlson* |
| | DOUGLAS F. CARLSON |
| | Plaintiff |
| | |
| | JOSEPH P. RUSSONIELLO |
| | United States Attorney |
| | |
| | /s/ Claire T. Cormier |
| Dated: March 10, 2008 | |
| | CLAIRE CORMIER |
| | Assistant United States Attorney |

[xxxxxxxxxxxx] ORDER

PURSUANT TO STIPULATION, THE COURT ORDERS THAT PLAINTIFF MAY PARTICIPATE IN THE CASE-MANAGEMENT CONFERENCE BY TELEPHONE.

PLAINTIFF WILL BE AVAILABLE AT (415) 476-4527 OR (415) 476-8280. The Court will initiate the conference call between 10:30 a.m. to 11:30 a.m.

Dated: 3/13/08    *Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge