JOSEPH P. RUSSONIELLIO (CA SBN 44332)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone: 408-535-5082
   claire.cormier@usdoj.gov

*E-FILED - 5/14/08*

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS F. CARLSON,                                ) | No. C-06-01578 RMW |
|         Plaintiff,                                               ) | **STIPULATION AND [] ORDER** |
|         v.                                                              ) | **RE SUPPLEMENTAL COMPLAINT AND CASE MANAGEMENT ISSUES** |
| UNITED STATES POSTAL SERVICE,    ) | |
|         Defendant.                                            ) | |

**Supplemental Complaint**

     Plaintiff Douglas F. Carlson ("Plaintiff") wishes to file a Second Supplemental Complaint, pursuant to Federal Rules of Civil Procedure, Rule 15. Defendant United States Postal Service ("Defendant") is willing to stipulate to such a filing under certain conditions.

     First, by stipulating to the filing of this Second Supplemental Complaint, Defendant does not concede that the Second Supplemental Complaint meets the legal standards for such supplemental complaints, nor does Defendant admit the truth of any allegations of the Second Supplemental Complaint. Defendant does not waive any arguments regarding the appropriateness of any further amended or supplemental pleadings that Plaintiff may seek to file in this or any other action, and Defendant reserves the right to oppose any further efforts by Plaintiff to file supplemental or amended pleadings.

//

1  Second, Defendant shall have 75 days from the date of the Court's order allowing the filing of the Second Supplemental Complaint to answer, move, or otherwise respond to the Second Supplemental Complaint.

Third, Defendant's stipulation to the filing of the Second Supplemental Complaint is conditioned upon Plaintiff's agreement that the summary judgment motions for this case will be done in stages, so that the initial summary judgment motion will not include all counts of the complaint as supplemented.  The parties agree to act in good faith to reach an agreement on a schedule for such summary judgment motions and will seek the assistance of the Court if they cannot agree on a schedule.  Should some counts of the existing complaint or the Second Supplemental Complaint be dismissed prior to the filing of any summary judgment motions (e.g., due to settlement of some claims), the parties agree to reconsider whether the filing of summary judgment motions in stages is reasonably necessary to the efficient disposition of the case.

Defendant acknowledges that Plaintiff may bring a motion for leave to supplement the complaint further.  To the extent that Plaintiff's motion, if any, relates to his allegations of retaliation associated with service complaints, Defendant agrees that it will not argue that the events alleged in that proposed supplement are barred because they took place prior to the filing of the Second Supplemental Complaint.  Defendant reserves the right to make any other arguments regarding the reasons why amendments or supplements should not be allowed beyond the Second Supplemental Complaint.

**Settlement Conference**

The parties request that this case be referred to a Magistrate Judge for a settlement conference.  The parties anticipate that such a conference would focus on counts 1, 2A, 2B, and 3 of the existing complaint, as well as any counts that the Defendant believes, but Plaintiff disagrees, are now moot.

**Case Management**

Because the parties wish to make another attempt at settling certain of the claims in this case before filing summary judgment motions, the parties propose that a schedule for summary judgment motions be set after Defendant files its answer to the Second Supplemental Complaint and after the settlement conference proposed above.

//

IT IS SO STIPULATED.

DATED: May 2, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier

_____
CLAIRE T. CORMIER
Assistant United States Attorney

Dated: May ___, 2008

_____
DOUGLAS F. CARLSON
Plaintiff

## [~~XXXXXXXX~~ PROPOSED] ORDER

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff may file the Second Supplemental Complaint, attached hereto as Exhibit A.

2. Defendant's answer or other response to the Second Supplemental Complaint will be due 75 days after the date of this Order.

3. The parties will comply with the conditions stated in the stipulation, above, regarding the filing of the Second Supplemental Complaint.

4. This case shall be referred to a United States Magistrate Judge for a settlement conference.

5. The motions for summary judgment in this case shall be done in stages, so that the initial motions will not include all claims unless both parties agree or the Court so orders. The parties shall act in good faith to attempt to agree on a schedule for such motions and will promptly notify the Court if they are unable to agree on a schedule.  The first motions will be scheduled after Defendant's answer to the Second Supplemental Complaint, and after the settlement conference.

IT IS SO ORDERED.

Dated: May  14 , 2008

*Ronald M. Whyte*
_____
Ronald M. Whyte
United States District Court Judge

No. C-06-01578 RMW.
Stipulation and [~~Proposed~~] Order Re Supplemental Complaint and Case Management        Page 3