JOSEPH P. RUSSONIELLIO (CA SBN 44332)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone: 408-535-5082
   claire.cormier@usdoj.gov

Attorneys for Defendant

*E-FILED - 6/11/08*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS F. CARLSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. C-06-01578 RMW<br><br>**STIPULATION AND [] ORDER RE SETTLEMENT CONFERENCE** |

On or about May 14, 2008, this Court entered a stipulated order relating to various case management and other issues in this case. Among other things, this Court ordered that this case would be referred to a United States Magistrate Judge for a settlement conference. Plaintiff has advised that Magistrate Judge Howard Lloyd and Magistrate Judge Patricia Trumbull both have some previous involvement in cases brought by plaintiff against the Postal Service. In particular, plaintiff advises that Magistrate Judge Lloyd has some familiarity with the CPMS issues that are the subject of some of the disputed claims for which the parties seek the settlement conference. Accordingly, the parties request that this case be referred to Magistrate Judge Lloyd for the settlement conference, if he is available. Alternatively, the parties request that the case be referred to Magistrate Judge Trumbull.

//

//

//

|     |     |
| --- | --- |
| IT IS SO STIPULATED. | |
| | Respectfully submitted, |
| DATED: June 5, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/ Claire T. Cormier |
| | _____<br>CLAIRE T. CORMIER<br>Assistant United States Attorney |
| Dated: June 4, 2008 | /s/ Douglas F. Carlson[1/]<br>_____<br>DOUGLAS F. CARLSON<br>Plaintiff |

### [~~XXXXXXXX~~ **PROPOSED**] ORDER

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT this case is referred to Magistrate Judge __Lloyd_____ for a settlement conference. The parties shall promptly contact the Magistrate's chambers to schedule the settlement conference.

IT IS SO ORDERED.

Dated: June  11 , 2008            *Ronald M. Whyte*
                                  _____
                                  Ronald M. Whyte
                                  United States District Court Judge

_____

[1/] I, Claire T. Cormier, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.