JOSEPH P. RUSSONIELLO (CA SBN 44332)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone: 408-535-5082
   claire.cormier@usdoj.gov

*E-FILED - 12/23/09*

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS F. CARLSON, | No. C-06-01578 RMW |
|    Plaintiff, | STIPULATION AND [] ORDER RE ADDITIONAL PARTIAL SETTLEMENT AND PARTIAL DISMISSAL |
| v. | |
| UNITED STATES POSTAL SERVICE, | |
|    Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Douglas Carlson ("Plaintiff") and defendant United States Postal Service (hereinafter the "Postal Service") as follows:

1. The parties do hereby agree to settle, compromise and dismiss certain claims in the above-captioned action ("This Action") under the terms and conditions set forth herein.

2. As anticipated in the previously-filed Stipulation and [Proposed] Order Re Partial Settlement and Partial Dismissal, the Postal Service has undertaken certain actions relating to Counts 4, 5, 9, and 14 of This Action. Accordingly, Plaintiff hereby dismisses with prejudice Counts 4, 5, 9, and 14 from This Action. Plaintiff hereby releases and forever discharges the Postal Service, any and all of its past and present officials, employees, agents, attorneys, successors, and assigns from any and all obligations, damages, liabilities, causes of actions, claims, and demands of any kind and nature whatsoever, whether suspected or unsuspected, arising in law or equity, arising from or by reason of any

and all known, unknown, foreseen, or unforeseen injuries, and the consequences thereof, resulting from the processing of or the decisions relating to the FOIA requests at issue in Counts 4, 5, 9, and 14 of This Action.

     3.     Counts 8 and 11 remain in This Action.

     4.     The parties acknowledge that neither this agreement nor anything contained herein shall constitute an admission of liability or fault on the part of the Postal Service or its agents, servants, or employees.  This agreement is entered into by the parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

     5.     This agreement may be pled as a full and complete defense to any action or other proceeding, including any local, state or federal administrative action, involving any person or party which arises out of the claims released and discharged by this agreement.

     6.     The parties agree that the District Court shall retain jurisdiction over this matter for the purposes of resolving any dispute alleging a breach of this agreement.

     7.     If any provision of this agreement shall be held invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

     8.     This instrument shall constitute the entire agreement between the parties, and it is expressly understood and agreed that this agreement has been freely and voluntarily entered into by the parties hereto.  The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this agreement.

     9.     The persons signing this agreement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.

     10.     This agreement may not be altered, modified or otherwise changed in any respect except in writing, duly executed by all of the parties or their authorized representatives.

//

//

//

//

1   IT IS SO STIPULATED.

DATED: November 20, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: November 19, 2009

/s/
_____
DOUGLAS F. CARLSON
Plaintiff

[XXXXXXXX] ORDER

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT Counts 4, 5, 9, and 11 are hereby dismissed from This Action with prejudice on the terms described in the above agreement between the parties.

IT IS SO ORDERED.

Dated: __12/23_____, 2009   *Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge